# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| MARGARITA LLAMAS,<br>           Plaintiff<br><br>          V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>           Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00677 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

     X   The clerk is directed to file the complaint.

     X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this __24th__ day of __August__, __2009__.

                                                    /s/ Sandra M. Snyder<br>
                                                    Signature of Judicial Officer

                                                    SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE<br>
                                                    Name and Title of Judicial Officer