<pre>
 1
 2
 3
 4
 5
                    UNITED STATES DISTRICT COURT
 6
                    EASTERN DISTRICT OF CALIFORNIA
 7
                           FRESNO DIVISION
 8
 9
    MARGARITA LLAMAS,             )  Case No.: 1:09-cv-1503 GSA
10                                )
            Plaintiff,            )
11                                )  ORDER RE: STIPULATION
        vs.                       )
12                                )
    MICHAEL J. ASTRUE,            )
13  Commissioner of Social Security, )
                                  )
14          Defendant             )
                                  )
15  _____ )
</pre>

16      IT IS SO ORDERED that pursuant to the stipulation of the parties, Plaintiff

17 shall have an extension of time, to and including May 10, 2010, in which to file

18 Plaintiff's opening brief.  Defendant's opposition brief shall be due by June 9,

19 2010.  Plaintiff's reply brief is due 15 days after the service of Defendant's

20 opposition.

21

22 DATE: April 19, 2010                    /s/ Gary S. Austin
                                          The Honorable Gary S. Austin
                                          United States Magistrate Judge
23

24

25

26